B 10 (Official Form 10) (12/12)

| UNITED STATES BANKRUPTCY COURT __SOUTHERN District Of INDIANA__ | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor:<br>GARY TAGUE | Case Number:<br>13-02872 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Jefferson Capital Systems, LLC; Purchased From RJM Acquisitions, LLC

**COURT USE ONLY**

Name and address where notices should be sent:
**Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617**

Telephone number: 800-928-7314    email: Bankruptcy@JeffersonCapitalInternational.com

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):
**Jefferson Capital Systems, LLC
PO BOX 953185
ST LOUIS, MO 63195-3185**

Telephone number: 800-928-7314    email: Bankruptcy@JeffersonCapitalInternational.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**    $ 104.98

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** __TELECOM__
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor:<br>5455 | 3a. Debtor may have scheduled account as:<br>DIRECTV<br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br>JCPBKR1302872INS00005455<br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____

Annual Interest Rate_____% ☐ Fixed  or  ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$_____

Basis for perfection: _____

Amount of Secured Claim:    $_____

Amount Unsecured:    $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(  ).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B 10 (Official Form 10) (12/12)                                                                                                                                          2

---

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

---

**8. Signature:** (See instruction #8)

Check the appropriate box.

☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Johnathan Kirby
Title:       Director of Bankruptcy
Company:     Jefferson Capital Systems, LLC            /s/ Johnathan Kirby                   June 12, 2013
Address and telephone number (if different from notice address above):    (Signature)                          (Date)


Telephone number:              email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



*Account Statement Summary*

**Account Number:XXXX-XXXX-XXXX-5455**

Account Statement Summary Created: 6/12/2013

```
BFRAME B2 System
BKRPOD Page                         Account Inactive
                                    ADDRESS OK
Bankruptcy Proof of Debt                              BALANCE
Tracking#  JCAP2906474648                             Placed        104.98
Clnt#      XXXXXXXXXXXX5455                           Paid            0.00
Client     RJMPUR RJMPUR
Status     BANKRUPTCY 11/11/2011                      Balance       104.98
Name       TAGUE, GARY                                DATES
AD1        221 E EAGLE DR           Home  XXXXXX1310  Placed Date   11/11/2011
AD2                                 Work  XXXXXX      Last Worked   00/00/0000
City       NINEVEH                  Alt   XXXXXX0000
State      IN 46164                 SSN   XXX/XX/0000
Language                            DOB

Bankruptcy Info
Case Number 13-02872      Source   GUI                MISC
Date Filed  03/26/2013    Court    057                Desc2 07009111
Chapter 13       Single Debtor      Dispo Code        Desc3 1009748295
                                                      Desc4
Note Info                                             HISTORY AT CONVERSION
Note      Date  02/12/1998  Amount 104.98
Writeoff  Date  08/09/1999  Amount   0.00             Tot Interest   0.00
Orig      Date  02/12/1998  Amount 104.98             Prior Paid     0.00
```

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ Account Information ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

```
     Purchased From: RJM ACQUISITIONS, LLC
Debt Originated From: DIRECTV
Last Transaction Date: 08/09/1999
     Charge-off Date: 08/09/1999
   Last Payment Date:
   Last Purchase Date:
```

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ Other Information ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Reference Number for Payment Processing: 2906474648

**BALANCE at TIME OF FILING:** $104.98                     Case Number: 13-02872
Claim Amount: $104.98                                      Open Date: 02/12/1998
Interest: $0.00
Fees:
Principal Balance: $104.98
No post charge-off interest, fees, or other charges included in the claim

### PAYMENT ADDRESS

**Jefferson Capital Systems, LLC**
**PO BOX 953185**
**ST LOUIS, MO 63195-3185**